IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEDICAL ADMINISTRATIVE SERVICES, LLC, and PAUL P. BOCCI, <br><br>Plaintiffs/ Cross-Claim Defendants/ Counter-claim Defendants, <br><br>vs. <br><br>JON SHIGEMURA <br><br>Defendant, <br><br>and, <br><br>AMERICAN UNITED LIFE INSURANCE COMPANY, <br><br>Defendant/ Counter-Claimant/ Third-Party Plaintiff, <br><br>vs. <br><br>GERARD A. NESTER, as personal representative for the Estate of Jordan Balter, <br><br>Third-Party Defendant/ Cross-Plaintiff. | Case No. 4:15-cv-01289-JCH |

## THE PARTIES ANNOUNCEMENT OF A SETTLEMENT AND ACCORD

The parties announce that the above captioned matter has been settled as to all parties and all issues. The clerk is notified to remove this case from the active court calendar. The parties shall present all necessary stipulations and a final order of dismissal within 21 days of this announcement. [Order to follow]

Dated: January 8, 2016

                                                  Submitted On Behalf of All Parties

                                                  /s/ H. Gary Apoian
Haig Gary Apoian #MO. 25228
Apoian Law Group, LLC.
16216 Baxter Road, Suite 350
Chesterfield, Missouri, 63017
314-650-3984 (Direct)
866-812-3872 (Main Ex. 25228)
apoianlaw@charter.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of this Court on January 8, 2016, by using the CM/ECF system, and, in accordance with said system, all Counsel of record were served.

                                                  /s/ H. Gary Apoian